UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LLANO FINANCING GROUP, LLC,<br><br>                              Plaintiff,<br>v.<br>BRIAN STANLEY, et al.,<br><br>                              Defendant. | Case No. 2:15-cv-02074-JAD-PAL<br><br>ORDER<br><br>(Mot WD Counsel – Dkt. #15) |

Before the court is Plaintiff's Notice of Motion and Motion to Withdraw as Counsel (Dkt. #15) filed December 18, 2015. The motion represents that the relationship between counsel and client has deteriorated to the extent counsel can no longer adequately represent the client. Mr. Kopolow therefore seeks to withdraw as counsel of record for Plaintiff. A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); *United States v. High Broadcasting Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993). The court will therefore give Plaintiff 30 days to obtain new counsel in this matter.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Mr. Kopolow's Motion to Withdraw as Counsel (Dkt. #15) is **GRANTED.**
2. A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); *United States v. High Broadcasting Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993). The Plaintiff shall have until **January 21, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.
3. Failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions which may include a recommendation to the District

1

Judge that Plaintiff's complaint be dismissed for failure to comply with this order and the requirement to appear through counsel.

4. The Clerk of the Court shall serve the Plaintiff with a copy of this order at its last known address:

Casey Collins
5725 W. Highway 290, #103
Austin, TX 78735
(512) 765-9052

DATED this 21st day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE