Sheri M. Thome
Nevada Bar No. 8657
J. Scott Burris
Nevada Bar No. 10529
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; Fax (702) 727-1401
sheri.thome@wilsonelser.com
j.scott.burris@wilsonelser.com
*Attorneys for Defendant/Counterclaimant Mr. Brian Stanley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LLANO FINANCING GROUP, LP, a Texas limited-partnership,<br><br>            Plaintiff,<br><br>   v.<br><br>MR. BRIAN STANLEY, an individual,<br><br>            Defendant. | CASE NO:   2:15-cv-02074<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |
| MR. BRIAN STANLEY, an individual,<br><br>            Counterclaimant,<br><br>   v.<br><br>LLANO FINANCING GROUP, LP, a Texas limited-partnership,<br><br>            Counterclaim Defendant. | |

The parties, Defendant/Counterclaimant Mr. Brian Stanley ("Mr. Stanley"), by and through his attorneys of record, Sheri M. Thome, Esq. and J. Scott Burris, Esq. of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiff/Counterclaim Defendant Llano Financing Group, LLC ("Llano"), by and through their general counsel Charles E. Natkins, Esq. of Collins & Hilton Asset Group, LLC, stipulate to this order as follows:

1. A Settlement Agreement and Mutual Release was entered into by and between Llano and Mr. Stanley in March, 2016.

2. That the Motion to Dismiss [ECF No. 24] is GRANTED and all claims are dismissed with prejudice.  Add that the clerk of court is instructed to close this case.

950341v.2

3. The electronic signature of Charles E. Natkins, Esq., General Counsel for Llano Financing Group, LLC, indicates only his acknowledgment of permission and consent to dismiss on behalf of Llano and in no way is to be construed as an appearance in this matter or the practicing of law in the State of Nevada or this Court.

**APPROVED TO FORM AND CONTENT**

DATED this 12th day of May, 2016.                          DATED this 12th day of May, 2016.

COLLINS & HILTON ASSET GROUP, LLC                WILSON, ELSER MOSKOWITZ, EDELMAN
& SUBSIDIARIES                                                              & DICKER LLP


*/s/ Charles E. Natkins, Esq.*                                        */s/ J. Scott Burris*
Charles E. Natkins, Esq.                                                Sheri M. Thome
5725 Highway 290 West Ste 103                                Nevada Bar No. 8657
Austin, Texas 78735                                                    J. Scott Burris
cnatkins@collinsassetgroup.com                              Nevada Bar No. 10529
*General Counsel for Llano Financing*                     300 South Fourth Street, 11th Floor
*Group, LLC*                                                                *Attorneys for Defendant/Counterclaimant*
                                                                                    *Mr. Brian Stanley*


IT IS SO ORDERED.

Dated:  May 16, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

2

950341v.2